SCWC-15-0000040

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

RICHARD STAR, Petitioner/Petitioner-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Respondent-Appellee,

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000040; S.P.P. NO. 14-1-0017; CR. NO. 94-1549)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Ahn, in place of Pollack, J., recused)

Petitioner/Petitioner-Appellant Richard Star's application for writ of certiorari filed on December 24, 2015, is hereby rejected.

DATED: Honolulu, Hawai'i, February 3, 2016.

| | |
|---|---|
| Richard Star<br>petitioner pro se | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| Diane K. Taira<br>for respondent | /s/ Sabrina S. McKenna |
| | /s/ Michael D. Wilson |
| | /s/ Karen S. S. Ahn |

